No. 91–1572. Ash v. Sternwest Corp. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–1573. Hurst v. United States. C. A. 6th Cir. Certiorari denied.

No. 91–1574. Perkins v. Western Surety Co. C. A. 5th Cir. Certiorari denied.

No. 91–1579. Krain v. Nadler et al. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91–1588. Sullivan v. United Carolina Bank. C. A. 4th Cir. Certiorari denied.

No. 91–1590. Fawell v. Cesena et al. Sup. Ct. Ill. Certiorari denied.

No. 91–1598. Yamamoto v. United States. C. A. Fed. Cir. Certiorari denied.

No. 91–1599. Schwarman v. Office of Personnel Management. C. A. Fed. Cir. Certiorari denied.

No. 91–1601. Lowry v. United States. C. A. 4th Cir. Certiorari denied.

No. 91–1602. Smith, Individually and as Administratrix of the Estate of Smith v. Freland et al. C. A. 6th Cir. Certiorari denied.

No. 91–1621. Michigan v. Sligh. Ct. App. Mich. Certiorari denied.

No. 91–1623. Gibbs et ux. v. United States. C. A. 11th Cir. Certiorari denied.

No. 91–1632. Marcum v. United States. C. A. 7th Cir. Certiorari denied.

No. 91–1640. Nelson v. United States Department of Justice. C. A. 11th Cir. Certiorari denied.

No. 91–1642. Lowery v. United States. C. A. 4th Cir. Certiorari denied.